81,883-01

Keith Hottle (clerk),                                    November 22, 2015

My name is Juan Jose Ramirez and Im currently incarcerated in the TDCJ Garza East Unit. I filed a writ of Habeas Corpus 11.07 in 2014, and my writ was forwarded to this court. I was denied relief Dec. 16 2014. I was wondering if you can send me any and all information regarding my writ. Like the copy of the writ itself and the order for denial. Any information I can obtain, I would be happy if I can recieve it.

I have a question as well. I was wanting to know how can I get permission from the convicting court to appeal. I signed a plea bargain and was wondering if its possible to appeal.

Your help is Greatly Appreciated.

Respectfully,

Juan Ramirez

Writ Info:
Cause No: WR-81,883-01-12225A

RECEIVED IN COURT OF CRIMINAL APPEALS NOV 18 2015 Abel Acosta, Clerk

2015 NOV 25 AM 10:48 IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS FILED Keith Hottle, Clerk